# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA JELLEY and JOSEPH F. SALCE, | CIVIL NO. 3:18-CV-0211 |
| Plaintiffs, | Magistrate Judge Saporito |
| v. | |
| COLTON AUTO, INC., d/b/a Colton RV, | |
| Defendant. | |

**FILED WILKES BARRE NOV 06 2019 PER ___ DEPUTY CLERK**

## STIPULATION OF DISMISSAL

The parties hereto, having resolved all claims in this litigation, hereby request that the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

By: /s/Alexander J. Jamiolkowski
Alexander Jamiolkowski, Esquire
PA I.D. No 34599
EGAN & JAMIOLKOWSKI
428 Forbes Avenue, Suite 1801
Pittsburgh, PA 15219
Email: al@eandjlaw.com
PHONE: (412)765-2120
FAX:   (412)765-2996
*Attorneys for Plaintiffs Brenda Jelley
And Joseph Salce*

By: /s/ Maureen A. Jordan
Maureen A. Jordan, Esquire
PA.I.D. No. 54629
HENDRZAK & LLOYD
3701 Corporate Parkway, Suite 100
Center Valley, PA 18034
Email: maureen.jordan@zurichna.com
PHONE: (610) 709-8579
FAX:   (610) 709-8560
*Attorney for Defendant
Colton Auto, Inc., t/d/b/a
Colton RV*

BY THE COURT:

_____ J.
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: Nov. 6, 2019